**CGFI2** (12/6/10)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 10–47196–EPK
Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Norman Quintero Ministries, Inc
POB 31624
Palm Beach Gardens, FL 33420
EIN: 20–4079030

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **December 6, 2010**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Counsel must be obtained. A corporation, partnership, trust or other business entity cannot file a petition on its own behalf without counsel (Local Rule 9010–1(B)(1)).** See also Local Rules 2014–1, 2090–1, 2091–1 and 9010–1 relating to attorneys.
**Deadline to correct deficiency: 12/13/10**

**The petition was not accompanied by a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002–1(A)(2).**
**Deadline to correct deficiency: 12/13/10**

**The petition was not accompanied by Official Bankruptcy Form 4 "List of Creditors Holding 20 Largest Unsecured Claims" as required by Bankruptcy Rule 1007(d).** If there are no qualifying unsecured creditors in this case, Official Bankruptcy Form 4 shall be filed so indicating.
**Deadline to correct deficiency: 12/13/10**

**Chapter 11 Small Business Petition was not accompanied by the following as required under 11 U.S.C. § 1116(1):**
**Deadline to correct deficiency: 12/13/10**

- ☑ Balance Sheet or Statement under 11 U.S.C. § 1116(1)(B)
- ☑ Statement of Operations or Statement under 11 U.S.C. § 1116(1)(B)
- ☑ Cash Flow Statement or Statement under 11 U.S.C. § 1116(1)(B)
- ☑ Federal Income Tax Return or Statement under 11 U.S.C. § 1116(1)(B)

**Schedules of assets and liabilities.** The following schedules were not filed.
**Deadline to correct deficiency: 12/20/10**

Official Bankruptcy Form B6 Summary of Schedules and/or (Part two Statistical Summary only required in individual debtor cases)
Official Bankruptcy Form B6A Real Property
Official Bankruptcy Form B6B Personal Property
Official Bankruptcy Form B6D Creditors Holding Secured Claims
Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims
Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims
Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases
Official Bankruptcy Form B6H Codebtors Form

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
**Deadline to correct deficiency: 12/20/10**

- ☑ Declaration not filed
- ☐ Declaration not signed

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 12/20/10**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Names and addresses of equity security holders of the debtor** not filed. See Bankruptcy Rule 1007(a)(3).
**Deadline to correct deficiency: 12/20/10**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** 12/6/10                                               **CLERK OF COURT**
                                                                 By: Marcelo Rodriguez , Deputy Clerk

*Copies to:*   Debtor
                Attorney for Debtor